IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

WILLIE R. ETHERIDGE SEAFOOD CO., )
ET AL., )
    Plaintiffs, )
 )
v. )
 ) Case No. 2:14-CV-73-BO
THE HONORABLE PENNY PRITZKER, ) Judge Terrence W. Boyle
SECRETARY OF COMMERCE and )
DR. KATHRYN SULLIVAN, )
ADMINISTRATOR OF THE NATIONAL )
OCEANIC AND ATMOSPHERIC )
ADMINISTRATION, )
 )
    Defendants. )

## ORDER

Having considered the parties' Joint Motion for Proposed Summary Judgment Briefing Schedule and Page Limits, it is hereby ORDERED that the Joint Motion is GRANTED.

It is further ORDERED that the summary judgment briefing schedule and page limits shall be as follows:

- On or before September 10, 2015, Plaintiffs shall file their Motion for Summary Judgment. (30-page limit.)

- On or before October 8, 2015, Federal Defendants shall file their Cross-Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment. (30-page limit.)

- On or before October 22, 2015, Plaintiffs shall file their Response to Federal Defendants' Cross-Motion for Summary Judgment and Reply in support of their Motion for Summary Judgment. (20-page limit.)

- On or before November 5, 2015, Federal Defendants shall file their Reply in support of their Cross-Motion for Summary Judgment. (20-page limit.)

7-27-15
Date

HON. TERRENCE W. BOYLE
United States District Judge