IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE R. ETHERIDGE SEAFOOD CO., ET AL., <br> Plaintiffs, <br><br> v. <br><br> PENNY PRITZKER, SECRETARY OF COMMERCE and DR. KATHRYN SULLIVAN, ADMINISTRATOR OF THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, <br><br> Defendants. | Case No. 2:14-CV-73-BO <br> Judge Terrence W. Boyle |

## ORDER

Having considered the parties' Joint Motion to Vacate Order for Discovery Plan, it is hereby ORDERED that the Motion is GRANTED and the Order (ECF No. 49) is VACATED.

8-20-15
Date

*(signature)*
HON. TERRENCE W. BOYLE
United States District Judge